[No. 29513-3-III.   Division Three.   March 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MERLE WILLIAM HARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04057-6, Tari S. Eitzen, J., entered November 15, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[Nos. 29801-9-III; 30238-5-III.   Division Three.   March 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY TOMASZEWSKI, *Appellant*.

*In the Matter of the Personal Restraint of* TIMOTHY TOMASZEWSKI, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00300-6, Robert G. Swisher, J., entered February 24, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 29819-1-III.   Division Three.   March 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO JAY UPHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00376-0, Donald W. Schacht, J., entered March 14, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.